FILED
2009 Jan-27  AM 09:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**DAVID A. STEPHENS,** )<br>)<br>**Defendant.** ) | Case No. 2:08-cv-01972-CLS |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of plaintiff, supported by affidavit, for Judgment by Default in favor of plaintiff, the United States of America, and against defendant, David A. Stephens, pursuant to Rule 55(b), Federal Rules of Civil Procedure,[1] the court makes the following findings and conclusions:

1. The Summons and Complaint were served upon defendant, David A. Stephens, on November 12, 2008. Defendant has failed to appear, plead, or otherwise defend.

2. Defendant, an individual, is not an infant or incompetent person; nor has defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant is indebted to plaintiff in the principal sum of Twenty Seven

---

[1] *See* doc. no. 4 (motion for default judgment).

Thousand Six Hundred Sixty Six Dollars and Eighty Eight Cents ($27,666.88), interest accrued as of January 26, 2009 in the amount of Forty Thousand Two Hundred Thirty Seven Dollars and Seventy Two Cents ($40,237.72), costs of effecting service of process in the amount of Fifty Five Dollars and No Cents ($55.00), and court costs of Three Hundred Fifty Dollars and No Cents ($350.00).

    4.  Plaintiff is due to recover from defendant the total sum of Sixty Eight Thousand Three Hundred Nine Dollars and Sixty Cents ($68,309.60), and interest thereafter accruing at the prevailing legal rate, per annum, until paid in full.

A judgment will be entered consistent with these findings and conclusions.

DONE this 26th day of January, 2009.

                                       /s/ Lynwood Smith
                                      United States District Judge